NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN TODD EDWARDS,                )
                                  )
      Appellant,               )
                                  )
v.                                )      Case No. 2D16-5624
                                  )
STATE OF FLORIDA,                 )
                                  )
      Appellee.                )
_____)

Opinion filed September 28, 2018.

Appeal from the Circuit Court for Glades
County; Jack E. Lundy, Acting Circuit Judge.

Howard L. Dimmig, II, Public Defender, and
Pamela H. Izakowitz, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


      Affirmed.


NORTHCUTT, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.